**Slip Op. 00-74**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: RICHARD W. GOLDBERG, JUDGE**

MANNESMANN-SUMERBANK BORU
ENDUSTRISI T.A.S., BORUSAN
BIRLESIK BORU FABRIKALARI
A.S., AND BORUSAN ITHALAT
IHRACAT VE DAGITIM A.S.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant,

and

ALLIED TUBE & CONDUIT CORP.
AND WHEATLAND TUBE COMPANY,

Defendant-
Intervenors.

Court No. 98-05-02185

<u>**JUDGMENT ORDER**</u>

Upon consideration of the Department of Commerce's <u>Final Results of Redetermination on Remand Pursuant to Mannesmann-Sumerbank Boru Endustrisi T.A.S. v. United States, Slip Op.00-50 (CIT May 3, 2000)</u>, June 1, 2000 ("Remand Results"), and all other papers filed herein, and no parties having filed comments regarding the Remand Results, it is hereby

**ORDERED** that the Remand Results are sustained in all respects.

_____

Richard W. Goldberg
JUDGE

Dated:     July 5, 2000
           New York, New York.